1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  SHAINA SILVERMAN and TYLER
   KIMBROUGH, individually and on behalf of
9  themselves and all others similarly situated,

No. 2:22-cv-01740-RSL

10          Plaintiffs,

STIPULATED MOTION AND
ORDER SUSPENDING
11     v.
DEADLINE FOR CERTAIN
DEFENDANTS TO RESPOND TO
12  REALPAGE, INC.; BROOKFIELD
    RESIDENTIAL PROPERTIES LLC;
COMPLAINT
13  CUSHMAN & WAKEFIELD, INC.; EQUITY
    RESIDENTIAL; GREYSTAR REAL ESTATE
14  PARTNERS, LLC; AVALONBAY
    COMMUNITIES, INC.; TF CORNERSTONE,
15  INC.; and ROSE ASSOCIATES INC.,

16          Defendants.

17

18

19        Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Shaina Silverman and

20  Tyler Kimbrough (collectively, "Plaintiffs") and Defendants RealPage, Inc., Brookfield

21  Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real

22  Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose

23  Associates, Inc. (collectively, the "Stipulating Defendants"), by and through their respective

24  counsel, hereby stipulate as follows:

25        WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December

26  8, 2022.  ECF No. 1;

27

WHEREAS, Plaintiffs served Brookfield Residential Properties, LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, TF Cornerstone, Inc., and Rose Associates, Inc. with process on or about January 23 and 24, 2023, and RealPage, Inc. and AvalonBay Communities, Inc. waived service;

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. § 1407 ( the "1407 Motion") before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to the 1407 Motion, including: *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Defendant Brookfield Residential Properties LLC was misnamed, and the correct entity is Brookfield Properties Multifamily LLC;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of February, 2023.

We certify that this memorandum contains 1,671 words, in compliance with the Local Civil Rules.


/s/ Steve W. Berman
Steve W. Berman (WSB No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSB No. 49213)
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Plaintiffs Shaina Silverman and Tyler Kimbrough, Individually and on Behalf of All Others Similarly Situated*

/s/ Jeremy J. Calsyn
Jeremy J. Calsyn (*pro hac vice* forthcoming)
jcalsyn@cgsh.com
Leah Brannon (*pro hac vice* forthcoming)
lbrannon@cgsh.com
Kenneth Reinker (*pro hac vice* forthcoming)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Cushman & Wakefield, Inc.*

/s/ Carl W. Hittinger
Carl W. Hittinger (*pro hac vice* forthcoming)
chittinger@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300

/s/ Heidi Bradley
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

Darin Sands (WSBA No. 35865)
dsands@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201

/s/ Stephen Weissman
Stephen Weissman (*pro hac vice* forthcoming)
sweissman@gibsondunn.com
Michael J. Perry (*pro hac vice* forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Ben A. Sherwood (*pro hac vice* forthcoming)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Philadelphia, PA 19103
Telephone: (215) 564-2898

Curt Roy Hineline (WSBA No. 16317)
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

*Counsel for Defendant Equity Residential*

/s/ Belinda S Lee
Belinda S Lee (*pro hac vice* forthcoming)
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851

E. Marcellus Williamson (*pro hac vice* forthcoming)
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2203

*Counsel for Defendant AvalonBay Communities, Inc.*

/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates, Inc.*

/s/ Kelly M. Drew
Kelly M. Drew (WSBA No. 39407)
kdrew@grsm.com
Brittney C. Adams (WSBA No. 55658)
badams@grsm.com

*Counsel for Defendant RealPage, Inc.*

/s/ Michael M. Maddigan
Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
Vassi Iliadis (*pro hac vice* forthcoming)
vassi.iliadis@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III (*pro hac vice* forthcoming)
william.monts@hoganlovells.com
Benjamin F. Holt (*pro hac vice* forthcoming)
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

*Counsel for Defendant Greystar Real Estate Partners, LLC*

/s/ Jeremy Roller
Jeremy Roller (WSBA No. 32021)
jroller@aretelaw.com
ARETE LAW GROUP PLLC
1281 Third Avenue, Suite 2100
Seattle, WA 981010
Telephone: (206) 428-3250

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz (*pro hac vice* forthcoming)
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeffwhite@weil.com
WEIL, GOTSHAL & MANGES LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (509) 241-8865

*Counsel for Defendant TF Cornerstone, Inc.*

2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC (Currently misnamed as*
*Brookfield Residential Properties LLC), as*
*manager for certain affiliated entities*

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose Associates, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiffs and Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose Associates, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 13th day of February, 2023.

*Mrt S Lasnik*

Robert S. Lasnik
United States District Judge